UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-CR-152 (ABJ) |
| v. | |
| DOMINIQUE MAXEY, | **FILED** |
| Defendant. | AUG 15 2023 |
| | Clerk, U.S. District and Bankruptcy Courts |

## JOINT STATEMENT OF OFFENSE IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant respectfully submits the following Joint Statement of Offense in Support of a Proposed Plea of Guilty by the defendant to Count Two of the pending Information charging Unlawful Entry, in violation of Title 22, District of Columbia Code, § 3302.

The defendant understands that a violation of Unlawful Entry, in violation of Title 22, District of Columbia Code, § 3302, carries a maximum sentence of imprisonment of not more than 180 days and a fine of not more than $1,000 or both. *See* 22 D.C. Code § 3571.01(b)(4). If a term of probation is imposed in conjunction with a sentence suspended in whole or part may not exceed five years. *See* 16 D.C. Code Section 710.

### *Elements of the Offense*

The essential elements of the offense of Unlawful Entry, in violation of Title 22, District of Columbia Code, § 3302, each of which the government must prove beyond a reasonable doubt to sustain a conviction, are:

1) the defendant entered onto private property,
2) the physical act of entry was purposeful and voluntary—not accidental or mistaken.

    3)    the entry was unauthorized, i.e., without lawful authority and against the will of the owner or lawful occupant.

### *Penalties for the Offense*

The penalty for the offense is outlined as follows: a violation of Unlawful Entry, in violation of Title 22, District of Columbia Code, § 3302, carries a maximum sentence of imprisonment of not more than 180 days and a fine of not more than $1,000 or both. *See* 22 D.C. Code § 3571.01(b)(4). If a term of probation is imposed in conjunction with a sentence suspended in whole or part may not exceed five years. *See* 16 D.C. Code Section 710.

Additionally, your client agrees to pay a special assessment of $50 per felony conviction to the Clerk of the United States District Court for the District of Columbia. Your client also understands that, pursuant to 18 U.S.C. § 3572 and § 5E1.2 of the United States Sentencing Commission, *Guidelines Manual* (2016) (hereinafter "Sentencing Guidelines," "Guidelines," or "U.S.S.G."), the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

### *Factual Proffer*

The following joint statement of offense is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure. This proffer is not intended to be a disclosure of all the evidence available to the parties.

On May 31, 2020, at approximately 2:00 a.m., several males were seen destroying an ATM outside a SunTrust located at 1275 K Street, N.W., one of the males broke a glass window which led to the interior of the bank. The defendant admits and acknowledges that he entered the bank through the broken window. Surveillance video shows the defendant going behind the teller counter and looking through drawers and cabinets. Moreover, the defendant admits and acknowledges that his entry into the bank was unauthorized and the defendant did so without

lawful authority and against the will of the owner or lawful occupant.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charged crime.

This Statement of the Offense fairly and accurately summarizes and describes some of the defendant's actions and involvement in the offense to which he is pleading guilty.

Respectfully Submitted

MATTHEW GRAVES
United States Attorney

By: *Emory V. Cole*
Emory V. Cole
Assistant United States Attorney
Felony Major Crimes Section
PA Bar No. 49136
601 D Street N.W., Room # 4213
Washington, D.C. 20530
Emory.Cole@usdoj.gov
(202) 252-7692

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to Unlawful Entry, in violation of Title 22, District of Columbia Code, § 3302. I have discussed this proffer fully with my attorney, Mary Petras, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8/11/2023

*Dominique Maxey*
DOMINIQUE MAXEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence related to my client's guilty plea to one count of Unlawful Entry, in violation of Title 22, District of Columbia Code, § 3302. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 8/11/2023

*Mary Petras*
Mary Petras, Esq.
Counsel for Defendant